Argued October 5, on motion to dismiss appeal. Appeal dismissed November 13, 1928.

LEITTA DAMASCUS *v.* HOME COAL COMPANY.

(271 Pac. 729.)

For appellant there was a brief over the name of *Mr. Thomas Hamer,* with an oral argument by *Mr. M. B. Meacham.*

For respondent there was no appearance.

ROSSMAN, J.—An order to be appealable must be final: Section 548, Or. L. Appellant has called to our attention the case of *Cassatt* v. *Mitchell Coal & Coke Co.*, 150 Fed. 32 (10 L. R. A. (N. S.) 99), as authority for its contention that the order made by the Circuit Court was a final one. Subsequently, this case was before the federal Supreme Court under the title of *Webster Coal & Coke Co.* v. *Cassatt*, 207 U. S. 181 (52 L. Ed. 160, 28 Sup. Ct. Rep. 108); the decision which this appellant relies upon was there reversed.

The order entered by the court below required nothing of the appellant; in fact it was not even served upon it, although Section 883, Or. L., contemplates such service. Hence, the interest of the appellant will become affected only when the deposition is offered in evidence. It may be argued, however, that the production of the books of the corporation will affect the latter's interests; we observe again that the order does not require the corporation to produce the books. The mere fact that the order directed the employee to produce the corporation's books affords the appellant no firmer basis for an appeal than a similar order made during the progress of a trial. Karrahales, who may or may not be able to comply with the order, has not appealed. See *Webster Coal & Coke Co.* v. *Cassatt, supra.*

It follows that the appeal shall be dismissed.

APPEAL DISMISSED.

RAND, C. J., and BEAN and McBRIDE, JJ., concur.